## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

569 A.2d 351

**Marcia HOROWITZ, Executrix of the Estate of Neil Horowitz, Deceased, and Marcia Horowitz, in her own right**

**v.**

**CITY OF PHILADELPHIA, Philadelphia Police Department, Cheltenham Township and Cheltenham Township Police Department and Abington Township.**

**Appeal of ABINGTON TOWNSHIP.**

**Julita Rizos McKINNEY, Individually and as Administratrix of the Estate of Celina R. Duran, Deceased**

**v.**

**CITY OF PHILADELPHIA, Commonwealth of Pennsylvania, Department of Transportation and Southeastern Pennsylvania Transportation Authority and Francis J. Posselt and Joan C. Posselt.**

**Appeal of CITY OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Feb. 6, 1990.

Christine Mooney Brenner, Charles W. Craven, Philadelphia, Seymour Kurland, City Sol., Norma S. Weaver, Chief Deputy in Charge of Claims Barbara R. Axelrod, Divisional Deputy in Charge of Appeals, Alan Ostrow, Asst. City Sol., for appellant.

Ezra Wohlgelernter, for Marcia Horowitz.

Dennis L. Platt, M. Kelly Tillery, Philadelphia, for Cheltenham Tp.

Maura J. Lynch for City of Philadelphia.

Alan Jay Josel, Norristown, for John T. Action.

Edward H. Rubenstone, Bensalem, for Julita Rizos McKinney.

J. Matthew Wolf, Deputy Atty. Gen., for Com.

Philip E. Berens, Ardmore, for SEPTA.

Daniel J. Maxymuik, Philadelphia, for Posselts.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Orders affirmed.